# IN THE SUPREME COURT, STATE OF WYOMING

## 2021 WY 25

*October Term, A.D. 2020*

*February 3, 2021*

BOARD OF PROFESSIONAL
RESPONSIBILITY, WYOMING
STATE BAR,

Petitioner,

v.

D-20-0008

DONALD L. TOLIN, WSB #5-1699,

Respondent.

## ORDER DISSOLVING ORDER OF IMMEDIATE SUSPENSION

[¶ 1]  **This matter** came before the Court upon Respondent's "Petition for Dissolution of an Order of Immediate Suspension," filed herein January 20, 2021.  On January 13, 2021, this Court, upon petition filed by Deputy Bar Counsel for the Wyoming State Bar, entered an "Order of Immediate Suspension" of Respondent, pursuant to Rule 17 of the Wyoming Rules of Disciplinary Procedure.  In that Order, this Court noted that, in the petition and attached affidavit, Deputy Bar Counsel averred that Respondent "has been uncooperative with the Office of Bar Counsel by failing to provide documents and information requested repeatedly…."  See Rule 17(a)(3), Wyoming Rules of Disciplinary Procedure.  Now, Respondent seeks dissolution of that "Order of Immediate Suspension."

[¶ 2]  After a careful review of the petition for dissolution, the "Affidavit of Respondent Donald L. Tolin in Support of Petition for Dissolution of an Order of Immediate Suspension," and the file, this Court finds that the "Order of Immediate Suspension" should be dissolved.  This Court notes that Respondent avers he has provided the materials requested by Deputy Bar Counsel.  In addition, in an email, Deputy Bar Counsel states she has "no objection to dissolution of the suspension."  This Court finds Respondent does not pose an imminent threat of substantial harm to the public.  Rule 17(c)(3).  It is, therefore,

[¶ 3]  **ADJUDGED AND ORDERED** that this Court's January 13, 2021, "Order of Immediate Suspension," shall be, and hereby is, dissolved, effective immediately; and it is further

[¶ 4]  **ADJUDGED AND ORDERED** that the Respondent, Donald L. Tolin, be, and hereby is, reinstated to the practice of law in Wyoming, effective immediately; and it is further

[¶ 5]  **ORDERED** that this "Order Dissolving Order of Immediate Suspension" shall be published in the Wyoming Reporter and the Pacific Reporter; and it is further

[¶ 6]  **ORDERED** that Respondent's "Unopposed Motion for Extension of Time to Comply with Rules of Disciplinary Procedure Rule 21(d)," be, and hereby is, granted and that Respondent is relieved of the Rule 21 obligations at this time; and it is further

[¶ 7]  **ORDERED** that the Clerk of this Court transmit a copy of this "Order Dissolving Order of Immediate Suspension" to Respondent, Bar Counsel, members of the Board of Professional Responsibility, and the clerks of the appropriate courts of the State of Wyoming.

[¶ 8]  **DATED** this 3rd day of February, 2021.

BY THE COURT:

/s/

**MICHAEL K. DAVIS**
**Chief Justice**